IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 4:07CR3131 |
| v. | ) | |
| | ) | |
| KENNETH STEWART, | ) | |
| | ) | ORDER |
| Defendant. | ) | |
| | ) | |

   IT IS ORDERED:

   Defendant's unopposed oral motion to reschedule the sentencing hearing is granted and the time of the sentencing hearing on Friday, December 14, 2007, is changed from 10:00 a.m. to **9:15 a.m.**

   DATED this 11th day of December, 2007.

                              BY THE COURT:

                              s/ *David L. Piester*
                              David L. Piester
                              United States Magistrate Judge